**United States District Court**
**Northern District of New York**

# JUDGMENT

JIMMY JONES

                Plaintiff

      VS.                1:05-CV-1207 (GJD)

COMMISSIONER OF SOCIAL SECURITY

                Defendant

**[X]  Decision by Court.**     This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Commissioner's determination is AFFIRMED, and the plaintiff's complaint is DENIED and DISMISSED.

All of the above pursuant to the Order of the Honorable Magistrate Judge Gustave J. DiBianco dated the 15th day of March, 2007.

**MARCH 16, 2007**                                              **LAWRENCE K. BAERMAN**
_____                _____
**DATE**                                                                  **CLERK OF COURT**

                                                                                  s/
                                                              _____

                                                             **JOANNE BLESKOSKI**
                                                             **DEPUTY CLERK**